**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Belzo LLC d/b/a Rockaway Pharmacy & Compounding** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-4175737** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **25 West Main Street** **Rockaway, NJ 07866** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Morris** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.rockawaypharmacy.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Belzo LLC d/b/a Rockaway Pharmacy & Compounding**
         _____          Case number (*if known*) _____
         Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __4461__

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | Case number, if known | _____ |

---

Debtor    **Belzo LLC d/b/a Rockaway Pharmacy & Compounding**                    Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in** ***this district?*** | *Check all that apply:* |

        ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

        ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

  ■ No

  ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____
           Contact name   _____
           Phone   _____

---

### ▮ Statistical and administrative information

**13.** **Debtor's estimation of available funds**   .   *Check one:*

  ☐ Funds will be available for distribution to unsecured creditors.

  ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Belzo LLC d/b/a Rockaway Pharmacy & Compounding**
Name

Case number (*if known*) _____

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **October  5, 2020**
                          MM / DD / YYYY

**X** **/s/ Greg DePaolo**

Signature of authorized representative of debtor

**Greg DePaolo**

Printed name

Title    **Managing Member**

---

**18. Signature of attorney**

**X** **/s/ David Edelberg**

Signature of attorney for debtor

Date    **October  5, 2020**
              MM / DD / YYYY

**David Edelberg**
Printed name

**Cullen and Dykman LLP**
Firm name

**433 Hackensack Avenue, 12th Fl.**
**Hackensack, NJ 07601**
Number, Street, City, State & ZIP Code

Contact phone    **201-488-1300**

Email address    **dedelberg@cullenanddykman.com**

**022381983 NJ**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Belzo LLC d/b/a Rockaway Pharmacy & Compounding**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  5, 2020**     *X* **/s/ Greg DePaolo**
                                        Signature of individual signing on behalf of debtor

                                        **Greg DePaolo**
                                        Printed name

                                        **Managing Member**
                                          Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Belzo LLC d/b/a Rockaway Pharmacy & Compounding** | |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** | ☐ Check if this is an |
| Case number (if known): | _____ | amended filing |

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Alblez, Inc.**<br>**22 Almadera Drive**<br>**Wayne, NJ 07470** | | **Sale of Business** | | | | **$434,000.00** |
| **Anda Pharmaceuticals Inc.**<br>**2915 Weston Road**<br>**Weston, FL 33331** | | **supplier** | | | | **$270,000.00** |
| **Bankers Healthcare Group**<br>**10234 W. State Road 84**<br>**Davie, FL 33324** | | **loan** | **Unliquidated** | | | **$100,217.38** |
| **Bloodwork Wholesale**<br>**2128 Yank Lamb Drive**<br>**Tifton, GA 31793** | | **Supplier** | **Unliquidated** | | | **$5,000.00** |
| **Blue Vine**<br>**30 Montgomery Street, Ste 1400**<br>**Jersey City, NJ 07302** | | **loan** | **Unliquidated** | | | **$105,000.00** |
| **Capital Wholesale Drug Co**<br>**873 Williams Ave**<br>**Columbus, OH 43212** | | **Trade Debt** | **Unliquidated** | | | **$11,000.00** |
| **Cardinal 110 LLC**<br>**c/o Scott Zuber, Esq.**<br>**Chiesa Shahinian and Giantomasi**<br>**One Boland Drive**<br>**West Orange, NJ 07052** | | **Inventory, receivables, prescription lists, all assets** | | **$330,000.00** | **$150,000.00** | **Unknown** |

| Debtor | **Belzo LLC d/b/a Rockaway Pharmacy & Compounding** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CIT Bank N.A. 888 East Walnut Street Pasadena, CA 91101 | | telephones, corded and wireless | | Unknown | $500.00 | Unknown |
| Forward Financing 53 State Street, 20th Fl Boston, MA 02109 | | Loan | Unliquidated | | | $45,000.00 |
| Fund Works 747 Front Street San Francisco, CA 94111 | | Loan | | | | $99,227.72 |
| Greg DePaolo 9 Terry Place Oak Ridge, NJ 07438 | | wages | | | | $0.00 |
| Greg DePaolo 9 Terry Place Oak Ridge, NJ 07438 | | wages | | | | Unknown |
| Greg DePaolo 9 Terry Place Oak Ridge, NJ 07438 | | | Unliquidated | | | $0.00 |
| Independent Pharmacy Cooperative 1550 Columbus Treet Sun Prairie, WI 53590 | | Supplier | Unliquidated | | | $25,508.00 |
| Kapitus Servicing 2500 Discovery Blvd, Ste 200 Rockwall, TX 75032 | | Loan | Unliquidated | | | $90,000.00 |
| M&T Bank One M&T Plaza, 8th Floor Attn: Mark W. Warren, Esq., Legal Dept Buffalo, NY 14203 | | Line of credit | Unliquidated | | | $100,000.00 |
| Moorehouse LP 33 Division Street Somerville, NJ 08876 | | non-residential real property lease | Unliquidated | | | $0.00 |
| PC Bancard 420 Boulevard Mountain Lakes, NJ 07046 | | credit card processing | | | | $0.00 |
| PNC Bank 222 Delaware Ave Wilmington, DE 19801 | | Loan and Line of credit | Unliquidated | | | $146,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Belzo LLC d/b/a Rockaway Pharmacy & Compounding** | | Case number *(if known)* | |
| --- | --- | | | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Top RX LLC 3790 Commerce Court, Ste 400 North Tonawanda, NY 14120** | | | **Unliquidated** | | | **$900.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Belzo LLC d/b/a Rockaway Pharmacy & Compounding**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................   $              0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................   $        572,500.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................   $        572,500.00

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $        330,000.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $              0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$      1,431,853.10

4.  Total liabilities ...................................................................................................................
    Lines 2 + 3a + 3b                                                                                              $      1,761,853.10

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Belzo LLC d/b/a Rockaway Pharmacy & Compounding**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$2,000.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **TD Bank operating account** | | | **$7,500.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.** | | **$9,500.00** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Belzo LLC d/b/a Rockaway Pharmacy & Compounding**          Case number *(If known)* _____
<u>Name</u>

11a. 90 days old or less: _____**30,000.00**_____ - _____**0.00**_____ = .... _____**$30,000.00**_____
     face amount              doubtful or uncollectible accounts

---

12.  **Total of Part 3.**                                                         | **$30,000.00** |
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

  ☑ No.  Go to Part 5.
  ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ☐ No.  Go to Part 6.
  ☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** **Inventory** | | $0.00 | | $150,000.00 |
| 22.  **Other inventory or supplies** | | | | |

23.  **Total of Part 5.**                                                         | **$150,000.00** |
     Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
  ☑ No
  ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
  ☑ No
  ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
  ☑ No
  ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ☑ No.  Go to Part 7.
  ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Belzo LLC d/b/a Rockaway Pharmacy & Compounding**          Case number *(If known)* _____
         <sub>Name</sub>

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software telephones, corded and wireless** | $0.00 | | $500.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.                                   | $500.00 |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Miscellaneous office equipment, server, 3 monitors and 2 clients, pill counting machine, tools, scales, cash registers, shelving and fixtures.** | $0.00 | Liquidation | $7,500.00 |

51.  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.                                   | $7,500.00 |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Belzo LLC d/b/a Rockaway Pharmacy & Compounding**                     Case number *(If known)* _____
          Name

■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1. **25 West Main Street, Rockaway, NJ** | **Tenant month to month** | **Unknown** | | **$0.00** |

56.    **Total of Part 9.**                                                                                          **$0.00**
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** www.rockawaypharmacy.com | **$0.00** | **Liquidation** | **Unknown** |
| 62.    **Licenses, franchises, and royalties** **Pharmacy license** | **$0.00** | | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Belzo LLC d/b/a Rockaway Pharmacy & Compounding** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 63. | Customer lists, mailing lists, or other compilations | | | |
|---|---|---|---|---|
| | **Prescription lists** | **Unknown** | **Revenue based** | **$375,000.00** |

| 64. | **Other intangibles, or intellectual property** |
|---|---|

| 65. | **Goodwill** |
|---|---|

**66.   Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| **$375,000.00** |

**67.   Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

**68.   Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.   Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:     All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor  **Belzo LLC d/b/a Rockaway Pharmacy & Compounding**            Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $30,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $150,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $7,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $375,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $572,500.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $572,500.00 |

**Fill in this information to identify the case:**

Debtor name    **Belzo LLC d/b/a Rockaway Pharmacy & Compounding**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

---

**2.1**   **Cardinal 110 LLC**
Creditor's Name

**c/o Scott Zuber, Esq.
Chiesa Shahinian and
Giantomasi
One Boland Drive
West Orange, NJ 07052**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Inventory, receivables, prescription lists, all assets**

Describe the lien
**sale of goods**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $330,000.00 | $150,000.00 |
|---|---|

---

**2.2**   **CIT Bank N.A.**
Creditor's Name

**888 East Walnut Street
Pasadena, CA 91101**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1535**

Describe debtor's property that is subject to a lien
**telephones, corded and wireless**

Describe the lien
**lease 4 corded telephones, 3 wireless telephones**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Unknown | $500.00 |
|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Belzo LLC d/b/a Rockaway Pharmacy & Compounding** | | Case number (if known) | |
| | Name | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $330,000.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Official Form 206D              Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                        page 2 of 2

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

Debtor name    **Belzo LLC d/b/a Rockaway Pharmacy & Compounding**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____
</td></tr>
</table>

☐ Check if this is an
    amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Greg DePaolo**<br>**9 Terry Place**<br>**Oak Ridge, NJ 07438** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$13,850.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Greg DePaolo**<br>**9 Terry Place**<br>**Oak Ridge, NJ 07438** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Belzo LLC d/b/a Rockaway Pharmacy & Compounding** | Case number (if known) |
|---|---|---|
| | Name | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**955 S. Springfield Avenue, Bldg A**
**Springfield, NJ 07081**

Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of New Jersey**
**Division of Taxation**
**Bankruptcy Section**
 **P.O. Box 245**
**Trenton, NJ 08695-0245**

Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$434,000.00** |
|---|---|---|---|

**Alblez, Inc.**
**22 Almadera Drive**
**Wayne, NJ 07470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 2014**

Basis for the claim:  **Sale of Business**

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Amerisource Bergen**
**1300 Morris Drive**
**Chesterbrook, PA 19087**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$270,000.00** |
|---|---|---|---|

**Anda Pharmaceuticals Inc.**
**2915 Weston Road**
**Weston, FL 33331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplier**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | **Belzo LLC d/b/a Rockaway Pharmacy & Compounding** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,217.38**

**Bankers Healthcare Group**
10234 W. State Road 84
Davie, FL 33324

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2018**

Last 4 digits of account number  **3331**

**Basis for the claim:**  **loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,000.00**

**Bloodwork Wholesale**
2128 Yank Lamb Drive
Tifton, GA 31793

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$105,000.00**

**Blue Vine**
30 Montgomery Street, Ste 1400
Jersey City, NJ 07302

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,000.00**

**Capital Wholesale Drug Co**
873 Williams Ave
Columbus, OH 43212

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45,000.00**

**Forward Financing**
53 State Street, 20th Fl
Boston, MA 02109

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$99,227.72**

**Fund Works**
747 Front Street
San Francisco, CA 94111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 4, 2019**

Last 4 digits of account number  **2178**

**Basis for the claim:**  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Greg DePaolo**
9 Terry Place
Oak Ridge, NJ 07438

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Belzo LLC d/b/a Rockaway Pharmacy & Compounding** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,508.00** |
|---|---|---|---|

**Independent Pharmacy Cooperative**
**1550 Columbus Treet**
**Sun Prairie, WI 53590**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jersey Central Power and Light**
**PO Box 3687**
**Akron, OH 44309**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,000.00** |
|---|---|---|---|

**Kapitus Servicing**
**2500 Discovery Blvd, Ste 200**
**Rockwall, TX 75032**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2019**

Last 4 digits of account number _

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**M&T  Bank**
**One M&T Plaza, 8th Floor**
**Attn:  Mark W. Warren, Esq., Legal Dept**
**Buffalo, NY 14203**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Line of credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Moorehouse LP**
**33 Division Street**
**Somerville, NJ 08876**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **non-residential real property lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**New Jersey Natural Gas**
**415 Wyckoff Road**
**PO Box 1464**
**Belmar, NJ 07719**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Natural gas**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Optimum**
**1111 Stewart Avenue**
**Bethpage, NY 11714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1039**

Basis for the claim:  **internet and telephone service**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Belzo LLC d/b/a Rockaway Pharmacy & Compounding | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**PC Bancard**
**420 Boulevard**
**Mountain Lakes, NJ 07046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **credit card processing**

Last 4 digits of account number  **6383**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$146,000.00** |
|---|---|---|---|

**PNC Bank**
**222 Delaware Ave**
**Wilmington, DE 19801**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan and Line of credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$900.00** |
|---|---|---|---|

**Top RX LLC**
**3790 Commerce Court, Ste 400**
**North Tonawanda, NY 14120**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Township of Rockaway**
**65 Mount Hope Road**
**Rockaway, NJ 07866**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **water service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ariel Bouskila, Esq.** **Berkovich & Bouskila, PLLC** **80 Broad Street, Ste 3303** **New York, NY 10004** | Line **3.9** ☐ Not listed. Explain ____ | _ |
| 4.2 | **Geoffrey E. Lynott, Esq** **McCarter & English** **Four Gateway Center** **100 Mulberry Street** **Newark, NJ 07102** | Line **3.14** ☐ Not listed. Explain ____ | _ |
| 4.3 | **Michael S. Goodman, Esq.** **3 University Plaza, Ste 350** **Hackensack, NJ 07601** | Line **3.1** ☐ Not listed. Explain ____ | _ |

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | Total of claim amounts |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Belzo LLC d/b/a Rockaway Pharmacy & Compounding** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | | 5b. + | $ | **1,431,853.10** |
| | | | | |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | | 5c. | $ | **1,431,853.10** |

<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name **Belzo LLC d/b/a Rockaway Pharmacy & Compounding**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **Central payment processing** | |
| State the term remaining | **Central Pay** |
| List the contract number of any government contract | **2350 Kerner Blvd, Ste 300 San Rafael, CA 94901** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest    **Telephone Equipment Lease** | |
| State the term remaining | **CIT Bank N.A.** |
| List the contract number of any government contract | **888 East Walnut Street Pasadena, CA 91101** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest    **lease non residential real property** | |
| State the term remaining    **month to month** | **Moorehouse LP** |
| List the contract number of any government contract | **33 Division Street Somerville, NJ 07887-6000** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest    **Internet and telephone service** | |
| State the term remaining | **Optimum** |
| List the contract number of any government contract    **acct no 07876-489781-03-9** | **1111 Stewart Avenue Bethpage, NY 11714** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor 1 | **Belzo LLC d/b/a Rockaway Pharmacy & Compounding** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

████ **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Credit Card Processing** | |
|---|---|---|---|
| | State the term remaining | | **PC Bancard** |
| | List the contract number of any government contract | | **420 Boulevard** |
| | | | **Mountain Lakes, NJ 07046** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Belzo LLC d/b/a Rockaway Pharmacy & Compounding**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Debra DePaolo** | **9 Terry Place**<br>**Oak Ridge, NJ 07438** | **Alblez, Inc.** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.2 | **Greg DePaolo** | **9 Terry Place**<br>**Oak Ridge, NJ 07438** | **Alblez, Inc.** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.3 | **Greg DePaolo** | **9 Terry Place**<br>**Oak Ridge, NJ 07438** | **Fund Works** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.4 | **Greg DePaolo** | **9 Terry Place**<br>**Oak Ridge, NJ 07438** | **Cardinal 110 LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Greg DePaolo** | **9 Terry Place**<br>**Oak Ridge, NJ 07438** | **Amerisource Bergen** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Belzo LLC d/b/a Rockaway Pharmacy & Compounding** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Greg DePaolo** | **9 Terry Place**<br>**Oak Ridge, NJ 07438** | **Blue Vine** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.7 | **Greg DePaolo** | **9 Terry Place**<br>**Oak Ridge, NJ 07438** | **Forward Financing** | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.8 | **Greg DePaolo** | **9 Terry Place**<br>**Oak Ridge, NJ 07438** | **Kapitus Servicing** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.9 | **Greg DePaolo** | **9 Terry Place**<br>**Oak Ridge, NJ 07438** | **M&T  Bank** | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.10 | **Greg DePaolo** | **9 Terry Place**<br>**Oakridge, NJ 07483** | **PNC Bank** | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name    **Belzo LLC d/b/a Rockaway Pharmacy & Compounding**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/19**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,917,202.17** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>■ Other   **sales** | **$3,230,153.76** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>■ Other   **sales** | **$3,412,032.59** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | **Belzo LLC d/b/a Rockaway Pharmacy & Compounding** | Case number *(if known)* | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attached list of disbursements** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See attached list of disbursements** | | **$0.00** | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Fund Works**<br>**747 Front Street**<br>**San Francisco, CA 94111** | **Debtor's credit card processing account** | **August 2020** | **Unknown** |
| **Cardinal 110 LLC**<br>**c/o Bruce Bieber, Esq.**<br>**Kurzman Eisenberg Corbin & Lever LLP**<br>**One North Broadway, 12th Fl**<br>**White Plains, NY 10601** | **Debtor's Leadernet Account maintained by Central Pay.** | **August 2020** | **$65,000.00** |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Belzo LLC d/b/a Rockaway Pharmacy & Compounding**            Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  The Fundworks LLC v Debtor<br>712348/2020 | collection | NY Suprem Court, Queen County | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

Part 4:  **Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**  **Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**  **Certain Payments or Transfers**

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **David Edelberg, Esq.**<br>**Cullen and Dykman, LLP**<br>**433 Hackensack Avenue**<br>**Hackensack, NJ 07601** | | **January 8, 2020** | **$5,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

Debtor  **Belzo LLC d/b/a Rockaway Pharmacy & Compounding**          Case number *(if known)* _____

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **David Edelberg, Esq.**<br>**Cullen and Dykman, LLP**<br>**433 Hackensack Avenue**<br>**Hackensack, NJ 07601** | | **July 28,**<br>**2020** | **$500.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | **David Edelberg, Esq.**<br>**Cullen and Dykman, LLP**<br>**433 Hackensack Avenue**<br>**Hackensack, NJ 07601** | | **September**<br>**10, 2020** | **$7,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.4. | **David Edelberg, Esq.**<br>**Cullen and Dykman, LLP**<br>**433 Hackensack Avenue**<br>**Hackensack, NJ 07601** | | **September**<br>**14, 2020** | **$4,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.5. | **David Edelberg, Esq.**<br>**Cullen and Dykman, LLP**<br>**433 Hackensack Avenue**<br>**Hackensack, NJ 07601** | | **September**<br>**18, 2020** | **$4,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.6. | **David Edelberg, Esq.**<br>**Cullen and Dykman, LLP**<br>**433 Hackensack Avenue**<br>**Hackensack, NJ 07601** | | **September**<br>**25, 2020** | **$2,500.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Belzo LLC d/b/a Rockaway Pharmacy & Compounding**                Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.7. | David Edelberg, Esq. Cullen and Dykman, LLP 433 Hackensack Avenue Hackensack, NJ 07601 | | October 2, 2020 | $1,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

Debtor   **Belzo LLC d/b/a Rockaway Pharmacy & Compounding**                 Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐   No.
■   Yes. State the nature of the information collected and retained.

**customer addresses, health insurance information and for flu shot
customers the social security numbers.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■   No. Go to Part 10.
☐   Yes. Does the debtor serve as plan administrator?

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **PNC Bank**<br>**Rockaway, NJ 07866** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **April 2020** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

| Debtor | **Belzo LLC d/b/a Rockaway Pharmacy & Compounding** | Case number *(if known)* | |
|---|---|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

Debtor   **Belzo LLC d/b/a Rockaway Pharmacy & Compounding**          Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **Edward Smith, CPA**<br>**64 Westland Road**<br>**Cedar Grove, NJ 07009** | **2014 to date** |
| 26a.2. | **Halliez Tax & Accounting**<br>**Basking Ridge, NJ 07920** | **2014 to date** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Edward Smith CPA**<br>**64 Westland Road**<br>**Cedar Grove, NJ 07009** | |
| 26c.2. | **Jennifer Halliez** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Bankers Healthcare Group** |
| 26d.2. | **Corporate Capital Direct** |
| 26d.3. | **StillwellRX Pharmacy Consulting** |
| 26d.4. | **Direct Funding Now** |
| 26d.5. | **Fund Works**<br>**747 Front St**<br>**San Francisco, CA 94111** |
| 26d.6. | **Forward Financing**<br>**53 State Street**<br>**Boston, MA 02109** |
| 26d.7. | **Kapitus Servicing**<br>**2500 Discovery BBlvd, Ste 200**<br>**Rockwall, TX 75032** |
| 26d.8. | **Blue Vine**<br>**30 Montgomery Street**<br>**Jersey City, NJ 07302** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Belzo LLC d/b/a Rockaway Pharmacy & Compounding**                    Case number *(if known)* _____

| Name and address |
| --- |
| 26d.9.    **Jason Hu** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Greg DePaolo** | **9 Terry Place**<br>**Oak Ridge, NJ 07438** | **Managing Member and sole member** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |
| 30.1<br>.    **Greg DePaolo**<br>**9 Terry  Place**<br>**Oak Ridge, NJ 07438** | **Health insurance, see attached list** | **Various** | **Compensation** |
| **Relationship to debtor**<br>**Sole member** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
| --- | --- |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Belzo LLC d/b/a Rockaway Pharmacy & Compounding**                    Case number *(if known)* _____

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  5, 2020**

**/s/ Greg DePaolo**                              **Greg DePaolo**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re    **Belzo LLC d/b/a Rockaway Pharmacy & Compounding**        Case No. _____

                                             Debtor(s)                   Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 25,000.00 |
| Prior to the filing of this statement I have received | $ | 24,000.00 |
| Balance Due | $ | 1,000.00 |

2.    The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.    The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
         **Pursuant to retainer agreement.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Pursuant to retainer agreement.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October  5, 2020**                    **/s/ David Edelberg**

*Date*                                       **David Edelberg**
                                                      *Signature of Attorney*
                                                      **Cullen and Dykman LLP**
                                                      **433 Hackensack Avenue, 12th Fl.**
                                                      **Hackensack, NJ 07601**
                                                      **201-488-1300  Fax: 201-488-6541**
                                                      **dedelberg@cullenanddykman.com**
                                                       *Name of law firm*

# United States Bankruptcy Court
### District of New Jersey

In re   **Belzo LLC d/b/a Rockaway Pharmacy & Compounding**　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　Chapter　**11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Greg DePaola**<br>**9 Terry Place**<br>**Oak Ridge, NJ 07438** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date　**October  5, 2020**　_____　Signature　**/s/ Greg DePaolo**　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　**Greg DePaolo**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of New Jersey

In re    **Belzo LLC d/b/a Rockaway Pharmacy & Compounding**              Case No.
                                                        Debtor(s)            Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    **October  5, 2020**                          **/s/ Greg DePaolo**
                                                        **Greg DePaolo/Managing Member**
                                                        Signer/Title

Alblez, Inc.
22 Almadera Drive
Wayne, NJ 07470


Amerisource Bergen
1300 Morris Drive
Chesterbrook, PA 19087


Anda Pharmaceuticals Inc.
2915 Weston Road
Weston, FL 33331


Ariel Bouskila, Esq.
Berkovitch & Bouskila, PLLC
80 Broad Street, Ste 3303
New York, NY 10004


Bankers Healthcare Group
10234 W. State Road 84
Davie, FL 33324


Bloodwork Wholesale
2128 Yank Lamb Drive
Tifton, GA 31793


Blue Vine
30 Montgomery Street, Ste 1400
Jersey City, NJ 07302


Capital Wholesale Drug Co
873 Williams Ave
Columbus, OH 43212


Cardinal 110 LLC
c/o Scott Zuber, Esq.
Chiesa Shahinian and Giantomasi
One Boland Drive
West Orange, NJ 07052


Central Pay
2350 Kerner Blvd, Ste 300
San Rafael, CA 94901

CIT Bank N.A.
888 East Walnut Street
Pasadena, CA 91101


Debra DePaolo
9 Terry Place
Oak Ridge, NJ 07438


Forward Financing
53 State Street, 20th Fl
Boston, MA 02109


Fund Works
747 Front Street
San Francisco, CA 94111


Geoffrey E. Lynott, Esq
McCarter & English
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102


Greg DePaolo
9 Terry Place
Oak Ridge, NJ 07438


Independent Pharmacy Cooperative
1550 Columbus Treet
Sun Prairie, WI 53590


Internal Revenue Service
955 S. Springfield Avenue, Bldg A
Springfield, NJ 07081


Jersey Central Power and Light
PO Box 3687
Akron, OH 44309


Kapitus Servicing
2500 Discovery Blvd, Ste 200
Rockwall, TX 75032

M&T  Bank
One M&T Plaza, 8th Floor
Attn:  Mark W. Warren, Esq., Legal Dept
Buffalo, NY 14203


Michael S. Goodman, Esq.
3 University Plaza, Ste 350
Hackensack, NJ 07601


Moorehouse LP
33 Division Street
Somerville, NJ 08876


Moorehouse LP
33 Division Street
Somerville, NJ 07887-6000


New Jersey Natural Gas
415 Wyckoff Road
PO Box 1464
Belmar, NJ 07719


Optimum
1111 Stewart Avenue
Bethpage, NY 11714


PC Bancard
420 Boulevard
Mountain Lakes, NJ 07046


PNC Bank
222 Delaware Ave
Wilmington, DE 19801


State of New Jersey
Division of Taxation
Bankruptcy Section
 P.O. Box 245
Trenton, NJ 08695-0245


Top RX LLC
3790 Commerce Court, Ste 400
North Tonawanda, NY 14120

Township of Rockaway
65 Mount Hope Road
Rockaway, NJ 07866

# United States Bankruptcy Court
### District of New Jersey

In re   **Belzo LLC d/b/a Rockaway Pharmacy & Compounding**    Case No. _____
                                         Debtor(s)    Chapter    **11**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Belzo LLC d/b/a Rockaway Pharmacy & Compounding**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


| | |
|---|---|
| **October 5, 2020** | **/s/ David Edelberg** |
| Date | **David Edelberg** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Belzo LLC d/b/a Rockaway Pharmacy & Compounding** |
| | **Cullen and Dykman LLP** |
| | **433 Hackensack Avenue, 12th Fl.** |
| | **Hackensack, NJ 07601** |
| | **201-488-1300 Fax:201-488-6541** |
| | **dedelberg@cullenanddykman.com** |